Judge Coughenour

UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>ANTONIO BRUGNOLI-BASKIN,<br><br>            Defendant | Case No.2:22-CR-00189-JHC<br><br>ORDER |

THIS MATTER HAVING come before the Court on the Defendant's Motion to Continue Trial Date, and the Court having reviewed the file, and having considered the records herein:

THIS COURT FINDS that pursuant to 18 U.S.C §3161(h)(7)(B)(i), that failure to grant such a continuance in the proceedings would make a continuation of such proceedings impossible or result in a miscarriage of justice.

THIS COURT FINDS that pursuant to 18 U.S.C.§3161(h)(7)(B)(iv), that failure to grant the continuance would deny the defendant the reasonable time necessary for effective preparation, due to counsel's need for more time to review the evidence and consider possible defenses and motions taking into account the exercise of due diligence;

ORDER GRANTING CONTINUANCE OF TRIAL DATE     1

THIS COURT FINDS that pursuant to 18 U.S.C 3161(h)(7)(A) the ends of justice will be served by a continuance and outweigh the best interests of the public and the defendant in a speedy trial. The period of delay from the date of this order to the new trial date is excludable pursuant to 18 U.S.C. §§3161(h)(7)(A) and (7)(B)(iv).

ORDERED that the trial date will be continued to September 3, 2024 at 1:30 p.m. The time between the date of this order the new trial date is excluded in computing the time within which a trial must be held pursuant to 18 U.S.C. §3161 *et. seq.*

THE COURT FURTHER ORDERS that all Pre-Trial Motions shall be filed on July 22, 2024. Response to said motions shall be filed in accordance with Local Rules.

DATED this 30th day of November, 2024.

*John H. Chun*
_____
JOHN H CHUN
United States District Judge

Presented by:

s/ *Nicholas Marchi*
**NICHOLAS MARCHI**
Carney & Marchi, P.S.
WSBA # 19982
Attorney for Defendant