UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANTONIO BRUGNOLI BASKIN,<br><br>    Defendant | Case No. No.2:22-CR-00189-JHC<br><br>ORDER ALLOWING COUNSEL TO WITHDRAW |

This matter having come on upon motion of counsel to withdraw as appointed counsel, the Court having considered the same, and having reviewed the reasons stated herein, the motion should be granted, now and therefore it is hereby:

ORDERED that Nicholas W. Marchi is allowed to withdraw, as counsel for the Defendant.

Done this 12th day of August, 2024.

_____
JOHN H. CHUN
United States District Judge

ORDER ALLOWING WITHDRAWAL
OF COURT APPOINTED COUNSEL - 1

Presented by:

*s/Nicholas Marchi*
Nicholas Marchi, WSBA 19982
CARNEY & MARCHI
Attorneys for Defendant

ORDER ALLOWING WITHDRAWAL
OF COURT APPOINTED COUNSEL - 2