**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTONIO DIEGO BRUGNOLI-BASKIN,<br><br>    Defendant. | NO. 2:22-CR-00189-JHC<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DATE |

THE COURT has considered the unopposed motion of the Defendant to continue the pretrial motions date, Dkt. # 66, and ORDERS that Defendant's unopposed motion is GRANTED. The pretrial motions date in this matter is continued to February 4, 2025.

DATED this 16th day of January, 2025.

_____
JOHN H. CHUN
United States District Judge

ORDER TO CONTINUE PRETRIAL
MOTIONS DATE – Page 1.
U.S. v. Brugnoli-Baskin, CR-00189-JHC