THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>ANTONIO DIEGO BRUGNOLI-BASKIN,<br><br>   Defendant. | NO. 2:22-CR-00189-JHC<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE |

THE COURT has considered the unopposed motion of the defendant to continue the trial date and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

ORDER TO CONTINUE TRIAL DATE – Page 1.
U.S. v. Brugnoli-Baskin, CR-00189-JHC

Attorneys-at-Law
MARSHALL & SAUNDERS, P.S.
901 Fifth Avenue, Suite 2800
Seattle, Washington 98164
Telephone (206) 826-1400
Fax (206) 826-1462

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) the additional time requested between the current trial date of March 3, 2025, and the new trial date of April 14, 2025, is necessary to provide the defendant additional time to consider the Government's offer and the facts set forth above.

It is ORDERED that defendant's unopposed motion is GRANTED. The trial date in this matter is continued to April 14, 2025. Pretrial motions shall be filed by March 3, 2025. The time period between the date of this order and the new trial date is excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A). The Court is not inclined to grant any further trial continuances.

DONE this 3rd day of February, 2025.

_____
JOHN H. CHUN
United States District Court Judge

Presented by:

MARSHALL & SAUNDERS, P.S.

/s/ Joshua R. Saunders
JOSHUA R. SAUNDERS
Attorney for Antonio Diego Brugnoli-Baskin

ORDER TO CONTINUE TRIAL DATE – Page 2.
U.S. v. Brugnoli-Baskin, CR-00189-JHC

Attorneys-at-Law
MARSHALL & SAUNDERS, P.S.
901 Fifth Avenue, Suite 2800
Seattle, Washington 98164
Telephone (206) 826-1400
Fax (206) 826-1462