# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>ANTONIO DIEGO BRUGNOLI-BASKIN,<br><br>　　Defendant. | NO. 2:22-CR-00189-JHC<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO SEAL DEFENDANT'S SENTENCING MEMORANDUM |

THIS MATTER comes before the Court on Defendant's Motion to Seal *Defendant's Sentencing Memorandum.* Dkt. # 86. Having considered the motion and relevant authority, and for good cause shown,

IT IS HEREBY ORDERED that:

1. Defendant's Unopposed Motion to Seal is GRANTED.

2. *Defendant's Sentencing Memorandum* and accompanying exhibits may be filed under seal.

3. Access to the sealed documents shall be limited to the Court and authorized court personnel, unless otherwise ordered.

DATED this 6th day of June, 2025.

　　　　　　　　　　　　　　　　　*John H. Chun*
　　　　　　　　　　　　　　　　JOHN H. CHUN
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE