UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO DIEGO BRUGNOLI-BASKIN,<br><br>Defendant. | NO. CR22-0189-JHC<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture ("Motion") for the following property, the "Subject Property", which has already been forfeited by Defendant Antonio Diego Brugnoli-Baskin: The following property, which were seized from Defendant's person and home in Seattle, King County, Washington, on or about September 8, 2022:

1. One Apple iPhone 13 (serial number 8901260994741875132); and
2. One Apple iPhone 4 (serial number C8QG1WPDPNG).

Dkt. # 103.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On April 21, 2025, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 18 U.S.C. § 2253(a), and forfeiting to the United States the Defendant's interest in it (Dkt. No. 79);

- The United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 81);

- Based on a review of the investigative materials, the United States did not specifically identify anyone as a potential claimant to the Subject Property, however, the United States did send, by means reasonably calculated to reach them, notice addressed to the "Resident" at Defendant's former address (*see* Fed. R. Crim. P. Rule 32.2(b)(6)(A) and Supplemental Rule G(4)(b)(iii)-(v) of the Supplemental Rules for Certain Admiralty and Maritime Claims; *see also* Declaration of AUSA Karyn S. Johnson in Support of Motion for a Final Order of Forfeiture, ¶¶ 2-3, Exhibit A); and

- The time period for filing third-party petitions has expired and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States.

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and

//

//

3. The United States Department of Justice, the Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the Subject Property as permitted by governing law.

IT IS SO ORDERED.

DATED this 18th day of August, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE