UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO DIEGO BRUGNOLI-BASKIN,<br><br>Defendant. | CASE NO. 22-cr-00189-JHC-1<br><br>ORDER |

      This matter comes before the Court on the Court's October 22, 2025 Order (Dkt. # 121) and the Government's Supplemental Post-Judgment Statement Regarding Restitution (Dkt. # 122).

      On October 22, 2025, the Court took up the issue of restitution for Defendant Antonio Brugnoli-Baskin. Dkt. # 121. After reviewing the parties' submissions, the record, and all applicable law, the Court determined that the Government had established the losses of 23 victims with "some reasonable certainty" but had not met its burden of demonstrating Defendant's causal role for any of these victims. *Id*. at 6, 9. It also found that the Government had not provided information that would allow the Court to ensure that an award of restitution would not exceed any individual victim's aggregate recovery. *Id*. at 10. Accordingly, the Court

ORDER - 1

stated it "is inclined to order Defendant to pay restitution in the amount of $3,000 to each of the identified victims on the condition that the Government submit 'information concerning the amount of restitution' that each 'victim has been paid in other cases for the same losses,' 18 U.S.C. § 2259(b)(2)(C), and confirm that they still have outstanding losses." *Id.*

Pursuant to that Order, on November 21, 2025, the Government provided the Court with supplemental information on the victims' total losses and amounts collected. Dkt. # 122. Based on this supplemental information, the Court is now persuaded that a restitution award of $3,000 is proper for the following victims: 2crazygurls, Angela, Aprilblonde, BestNecklace, BluePillow1, Jan_Socks1, JBNFlowers1, JBNFlowers2, Jenny, Lexie, Marineland1, PD11, RedGlassesCry, Sweet Purple Sugar, Sweet White Sugar, Tara, Teal&PinkPrincess2, TubTime1, TubTime2, Vicky, and ZooFamily1. As the Government did not provide information on the losses and amounts collected for AtSchool and MV3—the other two victims for whom the Government initially requested restitution—the Court cannot award them restitution. *See generally* Dkt. # 122.

Accordingly, the Court ORDERS Defendant to pay restitution in the amount of $3,000 to each of the 21 victims identified above, for a total restitution award of $63,000.

Dated this 25th day of November, 2025.

John H. Chun
United States District Judge

ORDER - 2