UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO DIEGO BRUGNOLI-BASKIN,<br><br>Defendant. | NO. CR22-189 JHC<br><br>ORDER AMENDING RESTITUTION ORDER |

Having read the Government's Agreed Motion to Amend Restitution Order, Dkt. # 124, and given the information in the record, it is hereby ORDERED that the restitution order in this case is amended to add $587.91 to MV3.

DATED this 1st day of December, 2025.

_____
JOHN H. CHUN
United States District Judge

ORDER TO AMEND RESTITUTION - 1